United States District Court
Southern District of Texas
**ENTERED**
February 09, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| TEXAS COMMUNITY BANK, N.A., § § Plaintiff, § § v. § § SILVER SCAPE HOMES, LLC, d/b/a § SILVERKEY HOMES, NICOLE A. FELT § ELAM, and COLESON CAPITAL § CORPORATION, § § Defendants. § | CIVIL ACTION NO. H-14-296 |

### ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

Having reviewed the Magistrate Judge's Memorandum and Recommendation, the objections thereto, and the response to the objections, the court is of the opinion that said Memorandum and Recommendation should be adopted by this court.

It is, therefore, **ORDERED** that the Memorandum and Recommendation is hereby **ADOPTED** by this court.

**SIGNED** at Houston, Texas, this 9th day of February, 2016.

_____
SIM LAKE
UNITED STATES DISTRICT JUDGE